UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

BRET JON SHOMIN,

           Defendant.
_____/

Case: 1:13-cr-20193
Judge: Ludington, Thomas L.
MJ: Binder, Charles E.
Filed: 03-13-2013 At 02:43 PM

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (18 U.S.C. § 113(a)(3))
### (Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about February 9, 2013, in the Eastern District of Michigan, Northern Division, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Bret Jon Shomin**, an Indian, did assault, that is, intentionally struck and injured Sheila Leaureaux with a dangerous weapon with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

### COUNT 2
### (18 U.S.C. §§ 117 and 1151)
### (Domestic Assault by an Habitual Offender)

On or about February 9, 2013, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella

1

Reservation, **Bret Jon Shomin** assaulted Sheila Leaureaux, a person he has cohabitated with and is a person similarly situated to a spouse, after having at least two separate convictions in federal, state, or Indian tribal court proceedings for offenses that would be, if subject to federal jurisdiction any assault, sexual abuse, or serious violent felony against a spouse or intimate partner, in violation of 18 U.S.C. § 117.

## COUNT 3
## (18 U.S.C. § 1512(b)(3))
## Witness Tampering

On or about February 9, 2013 to March 13, 2013, in the Northern Division of the Eastern District of Michigan, defendant knowingly attempted to intimidate, threaten, and corruptly persuade Shelia Leaureaux with the intent to influence and prevent the testimony of Shelia Leaureaux in an official proceeding, that is a federal grand jury, in violation of 18 U.S.C. § 1512(b)(1).

Dated: March 13, 2013

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

s/Roy R. Kranz
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

s/Craig F. Wininger
CRAIG F. WININGER (P57058)
Assistant U.S. Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ■ No | AUSA's Initials: rrk |

**Case Title:** USA v. BRET JON SHOMIN

**County where offense occurred :** Isabella

**Check One:**     ■ Felony        ☐ Misdemeanor         ☐ Petty

    ✔ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

  ☐   Original case was terminated; no additional charges or defendants.
  ☐   Corrects errors; no additional charges or defendants.
  ☐   Involves, for plea purposes, different charges or adds counts.
  ☐   Embraces same subject matter but adds the additional defendants or charges below:
      **Defendant name**                    **Charges**            **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

3-13-13
Date

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Telephone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09